AO 440 (Rev. 12/09) Summons in a Civil Action          ORIGINAL

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| LEE G. FRANKLIN <br><br> *Plaintiff* <br> v. <br> Experian Information Solutions, Inc., Trans Union, LLC. <br> Bank of America, National Association, <br> Arrow Financial Services, LLC., American Express <br> *Defendant* | Civil Action No. 4:11cv139 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  EXPERIAN INFORMATION SOLUTIONS, INC.
SERVE: David N. Anthony, Registered Agent
1001 Haxall Point
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   LEONARD A. BENNETT, ESQ.
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 WARWICK BLVD., SUITE 100
NEWPORT NEWS, VA 23606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10-4-11

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

**COMMONWEALTH OF VIRGINIA**     SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA**     STATE/COMMONWEALTH OF: VA     297574 - 2

**LEE G FRANKLIN**

In re / v.

**EXPERIAN INFORMATION SOLUTIONS, INC., ET AL**

CASE NO: **4:11CV139**

DAVID N ANTHONY, REG AGENT

**EXPERIAN INFORMATION SOLUTIONS, INC**

1001 HAXALL POINT, RICHMOND, VA 23219

is the name and address of the person upon whom service of the following is to be made.

Document(s) Served: SUMMONS IN A CIVIL ACTION
COMPLAINT



FILED
OCT 18 2011
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:     10/12/2011 @ 2:00 PM

**METHOD OF SERVICE:**

**PERSONAL SERVICE**

Dated: 10/13/2011     Signature
Name: TOM HOLLOWAY

COMMONWEALTH OF VIRGINIA
CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by
TOM HOLLOWAY
who is personally known to me.
Date: 10/13/2011
My commission expire 10/31/2011

Signature of Notary Public: CRYSTAL M. C. KLEIBER, REG. #329597

CRYSTAL M. C. KLEIBER, REG. #329597
Notary Public
Commonwealth of Virginia
My Commission Expires: 10/31/2011

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

JESSICA CAMPBELL     297574 - 2

AO 440 (Rev. 12/09) Summons in a Civil Action

**ORIGINAL**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| LEE G. FRANKLIN  *Plaintiff*  v.  Experian Information Solutions, Inc., Trans Union, LLC. Bank of America, National Association, Arrow Financial Services, LLC., American Express  *Defendant* | ) ) ) ) ) Civil Action No. 4:11CV139 ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TRANS UNION, LLC.
SERVE: Corporation Service Company, Registered Agent
11 S. 12th Street
Richmond, VA 23218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   LEONARD A. BENNETT, ESQ.
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 WARWICK BLVD., SUITE 100
NEWPORT NEWS, VA 23606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10-4-11

*Signature of Clerk or Deputy Clerk*

OCT 18 2011

RECEIVED

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                         *Server's signature*

                                         _____
                                         *Printed name and title*

                                         _____
                                         *Server's address*

Additional information regarding attempted service, etc:

### CERTIFICATE
### OF
### CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at Bank of America Center, 16th Floor, 1111 East Main Street, Richmond, VA 23219

    (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

    (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

    | | | |
    |---|---|---|
    | Beverley L. Crump | Rene Nordquist | Meda Sterrett |
    | Nicole T. McCallum | Pamela Frazier | Linda B. Liles |
    | Amy Tarker | Kari Childress | John Isom |
    | Dustin Kline | | |

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this 29 day of April 2011.

CORPORATION SERVICE COMPANY

BY: _____
George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 29th day of April 2011, by George A. Massih III.

_____
Notary Public

My Commission Expires: 1-31-13

2975729-1
11/8/11

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA — SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:
**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA**

STATE/COMMONWEALTH OF: VA

297574 - 1

LEE G FRANKLIN

In re / v.

EXPERIAN INFORMATION SOLUTIONS, INC., ET AL

CASE NO:
**4:11CV139**

**CORPORATION SERVICE CO., REG AGENT**
**TRANS UNION, LLC**
**11 SOUTH 12TH STREET, RICHMOND, VA 23218**

is the name and address of the person upon whom service of the following is to be made.

Document(s) Served: SUMMONS IN A CIVIL ACTION
COMPLAINT

FILED OCT 18 2011 CLERK U.S. DISTRICT C NORFOLK, VA

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service: 10/12/2011 @ 12:40 PM

METHOD OF SERVICE:
Being unable to make personal service, a copy was delivered in the following manner:
Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport  Service accepted by:
**DUSTIN KLINE**

Dated: 10/13/2011
Name: TOM HOLLOWAY
Signature

COMMONWEALTH OF VIRGINIA
CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by
TOM HOLLOWAY
who is personally known to me.
Date: 10/13/2011
My commission expire 10/31/2011

Signature of Notary Public: CRYSTAL M. C. KLEIBER, REG. #329597

CRYSTAL M. C. KLEIBER, REG. #329597
Notary Public
Commonwealth of Virginia
My Commission Expires: 10/31/2011

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

JESSICA CAMPBELL

297574 - 1

AO 440 (Rev. 12/09) Summons in a Civil Action

# ORIGINAL

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| LEE G. FRANKLIN </br></br>*Plaintiff* </br></br>v. </br>Experian Information Solutions, Inc., Trans Union, LLC. </br>Bank of America, National Association, </br>-Arrow Financial Services, LLC., American Express </br>*Defendant* | ) </br> ) </br> ) </br> ) Civil Action No. 4:11cv139 </br> ) </br> ) </br> ) </br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BANK OF AMERICA, NATIONAL ASSOCIATION
SERVE: CT Corporation System, Registered Agent
4701 Cox Road, Suite 301
Glen Allen, VA 23218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: LEONARD A. BENNETT, ESQ.
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 WARWICK BLVD., SUITE 100
NEWPORT NEWS, VA 23606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10-4-11

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
   on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
   _____ , a person of suitable age and discretion who resides there,
   on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
   designated by law to accept service of process on behalf of *(name of organization)* _____
   _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Case 4:11-cv-00139-AWA -FBS Document 5 Filed 10/18/11 Page 8 of 10 PageID# 41

## Service Authorization

CT Corporation System is registered agent for various corporations, limited liability companies and partnerships. The following persons are designated in the office of the corporation upon whom any process, notice or demand may be served as representatives of the Corporation.

Tinika C. Baylor

Katie E. Bush

Teresa Brown

Adam Carr

Dacia Jamison

Jabrel Samuel

This authorization pertains to the authority of individuals to receive process on behalf of CT Corporation System and Business Filings Incorporated. It does not certify the receipt or acceptance of any specific process.

Tinika C. Baylor
Corporate Operations Manager
CT Corporation System
A Wolters Kluwer Company

State of Virginia
County of Henrico

This day personally appeared before me, Tinika C. Baylor, whose name is signed above and who, being first duly sworn, upon her oath, states that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this __2__ day of __Sept.__, ~~2010~~ 2011

# 286304

Notary Public
Teresa Brown

Comm. exp. 8/31/12

297574-3
11/8/11

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA

STATE/COMMONWEALTH OF: VA

297574 - 3

LEE G FRANKLIN

In re / v.

EXPERIAN INFORMATION SOLUTIONS, INC., ET AL

CASE NO: **4:11CV139**

PERSON FOUND IN CHARGE BANK OF AMERICAN, NATIONAL ASSOCIATION
CT CORPORATION SYSTEM, REG AGENT
4701 COX RD STE 301, GLEN ALLEN, VA 23060

is the name and address of the person upon whom service of the following is to be made.

Document(s) Served: SUMMONS IN A CIVIL ACTION
COMPLAINT

FILED OCT 18 201_ CLERK, U.S. DISTRICT NORFOLK, VA

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service: 10/12/2011 @ 9:45 AM

METHOD OF SERVICE:

Being unable to make personal service, a copy was delivered in the following manner:

Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport Service accepted by:
**TERESA BROWN**

Dated: 10/13/2011    Signature
Name: TOM HOLLOWAY

COMMONWEALTH OF VIRGINIA
CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by
TOM HOLLOWAY
who is personally known to me.
Date: 10/13/2011
My commission expire 10/31/2011

Signature of Notary Public: CRYSTAL M. C. KLEIBER, REG. #329597

CRYSTAL M. C. KLEIBER, REG. #329597
Notary Public
Commonwealth of Virginia
My Commission Expires: 10/31/2011

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

JESSICA CAMPBELL

297574 - 3