## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Newport News Division

**LEE G. FRANKLIN,**

    **Plaintiff,**

v.                                                        Civil Action No. 4:11cv139

**EXPERIAN INFORMATION**
  **SOLUTIONS, INC.,** *et al.***,**

    **Defendants.**

### **AGREED ORDER**

    CAME NOW Defendant, Experian Information Solutions, Inc. ("Experian"), by counsel, upon its Motion for an Extension of Time for Defendant, Experian Information Solutions, Inc., to file responsive pleadings to the Complaint filed by Plaintiff, Lee G. Franklin.

    UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Lee G. Franklin and Experian, it is hereby,

    ORDERED, ADJUDGED and DECREED that Experian's Motion for an Extension of Time be, and hereby is, GRANTED, and it is further,

    ORDERED, ADJUDGED and DECREED that Experian shall be GRANTED an extension of time until on or before December 1, 2011, to file its responsive pleadings, including its Answer, to the Complaint filed by Lee G. Franklin.

    The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED this _____ day of November, 2011.

                                                              _____
                                                               United States District Court Judge

WE ASK FOR THIS:  SEEN AND AGREED:

_____  _____
David N. Anthony  Leonard Anthony Bennett
Virginia State Bar No. 31696  Virginia State Bar No. 37523
*Attorney for Experian Information Solutions, Inc.*  Consumer Litigation Assoc PC
TROUTMAN SANDERS LLP  12515 Warwick Blvd., Suite 100
1001 Haxall Point  Newport News, VA 23606
Richmond, Virginia 23219  Telephone:  757-930-3660
Telephone: (804) 697-5410  Facsimile: 757-930-3662
Facsimile: (804) 698-5118  Email:  lenbennett@cox.net
Email: david.anthony@troutmansanders.com  *Counsel for Plaintiff*

2102252v1