UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

**LEE G. FRANKLIN,**

      **Plaintiff,**

v.                                                                          Civil Action No. 4:11cv139

**EXPERIAN INFORMATION
  SOLUTIONS, INC.,** *et al.***,**

      **Defendants.**

<u>**EXPERIAN INFORMATION SOLUTIONS INC'S
FINANCIAL INTEREST DISCLOSURE STATEMENT**</u>

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for defendant, Experian Information Solutions, Inc., in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued stock or debt securities to the public or publicly held entities that own ten percent or more of the stock of the said party:

<u>Experian plc is the parent company of Experian; (2) Experian plc owns 100 percent of Experian; (3) Experian plc is the only publicly-traded entity that directly or indirectly owns Experian; and (4) Experian plc is publicly traded on the London Stock Exchange.</u>

**EXPERIAN INFORMATION SOLUTIONS, INC.**


By: /s/ David N. Anthony
    David N. Anthony
    Virginia State Bar No. 31696
    *Attorney for Experian Information Solutions, Inc*.
    TROUTMAN SANDERS LLP
    1001 Haxall Point
    Richmond, Virginia 23219
    Telephone: (804) 697-5410
    Facsimile: (804) 698-5118
    Email: david.anthony@troutmansanders.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2011, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

Leonard Anthony Bennett
Consumer Litigation Associates, PC
12515 Warwick Blvd., Suite 100
Newport News, VA 23606
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: lenbennett@cox.net
*Counsel for Plaintiff*

Susan Mary Rotkis
Consumer Litigation Assoc PC
12515 Warwick Blvd., Suite 100
Newport News, VA 23606
Telephone: 757-930-3660
Facsimile: (757) 930-3662
Email: srotkis@clalegal.com
*Counsel for Plaintiff*

Travis Aaron Sabalewski
Reed Smith LLP
901 E Byrd St., Suite 1700
Richmond, VA 23219-4069
Telephone: (804) 344-3400
Email: tsabalewski@reedsmith.com
*Counsel for Bank of America, N.A.*

/s/ David N. Anthony
David N. Anthony
Virginia State Bar No. 31696
*Attorney for Experian Information Solutions, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com

2102803v1