IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

LEE G. FRANKLIN,

    Plaintiff

v.                                           Civil Action No. 4:11-cv-139

EXPERIAN INFORMATION SOLUTIONS,
TRANS UNION, LLC,
BANK OF AMERICA, N.A.,
ARROW FINANCIAL SERVICES, INC., and
AMERICAN EXPRESS,

    Defendants.

## DISCLOSURE STATEMENT OF BANK OF AMERICA, N.A.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 of the Eastern District of Virginia, to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, Defendant Bank of America, N.A., more properly referred to as FIA Card Services, N.A., by counsel, certifies that FIA Card Services, N.A. is a wholly owned subsidiary of NB Holdings Corp. NB Holdings Corp. is wholly owned by Bank of America Corporation, which is publicly traded.

                                            Respectfully submitted,

                                            BANK OF AMERICA, N.A., more properly
                                            referred to as FIA Card Services, N.A.

                                            By Counsel

- 2 -

/s/ Travis A. Sabalewski
Travis A. Sabalewski, Esquire (VSB #47368)
Justin M. Sizemore, Esquire (VSB #71859)
Reed Smith LLP
Riverfront Plaza - West Tower
901 East Byrd Street, Suite 1700
Richmond, VA 23219
Telephone: (804) 344-3400
Facsimile: (804) 344-3410
tsabalewski@reedsmith.com
jsizemore@reedsmith.com

    Counsel for Bank of America, N.A., more properly
    referred to as FIA Card Services, N.A.

- 3 -

**CERTIFICATE OF SERVICE**

I herby certify that on the 3rd day of November, 2011, a copy of the foregoing was served via ECF on the following:

        Leonard A. Bennett, Esquire
        Consumer Litigation Associates, P.C.
        12515 Warwick Boulevard, Suite 201
        Newport News, VA 23606
        Telephone: 757-930-3660
        Facsimile: 757-930-3662
        lenbennett@clalegal.com
            *Counsel for Plaintiff*

        /s/ Travis A. Sabalewski
        Travis A. Sabalewski, Esquire (VSB #47368)
        Justin M. Sizemore, Esquire (VSB #71859)
        Reed Smith LLP
        Riverfront Plaza - West Tower
        901 East Byrd Street, Suite 1700
        Richmond, VA 23219
        Telephone: (804) 344-3400
        Facsimile: (804) 344-3410
        tsabalewski@reedsmith.com
        jsizemore@reedsmith.com
            *Counsel for Defendant*