

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

LEE G. FRANKLIN,

    Plaintiff

v.                                           Civil Action No. 4:11-cv-139

EXPERIAN INFORMATION SOLUTIONS,
TRANS UNION, LLC,
BANK OF AMERICA, N.A.,
ARROW FINANCIAL SERVICES, INC., and
AMERICAN EXPRESS,

    Defendants.

## AGREED ORDER

Upon the Motion of Bank of America, N.A., more properly referred to as FIA Card Services, N.A. ("FIA") by counsel, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule 7(J) of the Local Rules of this Court, there being no objection from the Plaintiff, and it otherwise appearing right and proper so to do, the Court hereby GRANTS FIA's Motion for Enlargement of Time and ORDERS that FIA shall have by and through November 30, 2011 to file its response to the Complaint.

Entered this 17th day of November, 2011.

_____
United States District Court Judge

US_ACTIVE-107658105.1

- 2 -

WE ASK FOR THIS:

_____
Travis A. Sabalewski, Esquire (VSB #47368)
Justin M. Sizemore, Esquire (VSB #71859)
Reed Smith LLP
Riverfront Plaza - West Tower
901 East Byrd Street, Suite 1700
Richmond, VA 23219
Telephone: (804) 344-3400
Facsimile: (804) 344-3410
tsabalewski@reedsmith.com
jsizemore@reedsmith.com

      Counsel for Bank of America, N.A., more
      properly referred to as FIA Card Services, N.A.


SEEN AND AGREED:

_____
Leonard A. Bennett, Esquire (VSB #37523)
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 201
Newport News, VA 23606
Telephone: 757-930-3660
Facsimile: 757-930-3662
lenbennett@clalegal.com

      Counsel for Plaintiff

- 3 -

SEEN:

*[signature: Grant E. Kronenberg]*

Grant E. Kronenberg
Virginia State Bar 65647
Morris & Morris, P.C.
PO Box 30
Richmond, VA 23218

Counsel for Defendant Trans Union LLC

- 4 -

SEEN:

_[signature]_
David N. Anthony
Virginia State Bar No. 31696
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com

Counsel for Experian Information Solutions, Inc.