

FILED
NOV 18 2011
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

LEE G. FRANKLIN,

    Plaintiff,

v.                               Civil Action No. 4:11cv139

EXPERIAN INFORMATION
SOLUTIONS, INC., *et al.*,

    Defendants.

## AGREED ORDER

CAME NOW Defendant, Experian Information Solutions, Inc. ("Experian"), by counsel, upon its Motion for an Extension of Time for Defendant, Experian Information Solutions, Inc., to file responsive pleadings to the Complaint filed by Plaintiff, Lee G. Franklin.

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Lee G. Franklin and Experian, it is hereby,

ORDERED, ADJUDGED and DECREED that Experian's Motion for an Extension of Time be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED and DECREED that Experian shall be GRANTED an extension of time until on or before December 1, 2011, to file its responsive pleadings, including its Answer, to the Complaint filed by Lee G. Franklin.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED this 18 day of November, 2011.

/s/ F. Bradford Stillman
United States ~~District Court~~ Magistrate Judge

| WE ASK FOR THIS: | SEEN AND AGREED: |
|---|---|
| *[signature]* | *[signature]* |
| David N. Anthony | Leonard Anthony Bennett |
| Virginia State Bar No. 31696 | Virginia State Bar No. 37523 |
| *Attorney for Experian Information Solutions, Inc.* | Consumer Litigation Assoc PC |
| TROUTMAN SANDERS LLP | 12515 Warwick Blvd., Suite 100 |
| 1001 Haxall Point | Newport News, VA 23606 |
| Richmond, Virginia 23219 | Telephone: 757-930-3660 |
| Telephone: (804) 697-5410 | Facsimile: 757-930-3662 |
| Facsimile: (804) 698-5118 | Email: lenbennett@cox.net |
| Email: david.anthony@troutmansanders.com | *Counsel for Plaintiff* |

2102252v1

SEEN AND AGREED:

_____
Grant Edward Kronenberg
Virginia State Bar No. 65647
MORRIS & MORRIS PC
11 South 12th Street, 5th Floor
PO Box 30
Richmond, VA 23218
Telephone: 804-344-6334
Facsimile: 804-344-8359
Email: gkronenberg@morrismorris.com
*Counsel for Trans Union, LLC*

SEEN AND AGREED:

_____
Travis Aaron Sabalewski
Virginia State Bar No. 47368
REED SMITH LLP
901 E Byrd St., Suite 1700
Richmond, VA 23219-4069
Telephone: (804) 344-3400
Email: tsabalewski@reedsmith.com
*Counsel for Bank of America, National Association*

2102252v1