IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

**LEE G. FRANKLIN,**

      **Plaintiff**

v.    CIVIL NO.  4:11cv00139-FBS

**EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC, BANK OF AMERICA, NATIONAL
ASSOCIATION, ARROW FINANCIAL SERVICES and
AMERICAN EXPRESS,**

      **Defendant**

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the Plaintiff, **LEE G. FRANKLIN**, by counsel, pursuant to F.R.C.P. 41(a)(1), and hereby files this Notice of Voluntary Dismissal with prejudice, ***ONLY AS TO DEFENDANT***, **BANK OF AMERICA, NATIONAL ASSOCIATION**, as Defendant has not filed or served an Answer or Motion for Summary Judgment in this action.

      **LEE G. FRANKLIN**,

      _____/s/_____
      Leonard A. Bennett, Esq.
      VSB #37523
      Attorney for Plaintiff
      CONSUMER LITIGATION ASSOCIATES, P.C.
      763 J. Clyde Morris Blvd., Suite 1-A
      Newport News, Virginia 23601
      (757) 930-3660 - Telephone
      (757) 930-3662 – Facsimile
      lenbennett@clalegal.com

**Certificate of Service**

       I hereby certify that on the 29th day of November, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Travis A. Sabalewski
Reed Smith, LLP
901 E. Byrd Street
Suite 1700
Richmond, VA  23219
E-mail: tsabalewski@reedsmith.com

David Neal Anthony
Troutman Sanders, LLP
Troutman Sanders Bldg.
1001 Haxall Point
P.O. Box 1122
Richmond, VA  23219

Grand Edward Kronenberg
Morris & Morris, PC
11 South 12th Street
5th Floor
P.O. Box 30
Richmond, VA  23218

                                                            _____/s/_____
                                           Leonard A. Bennett, Esq.
                                           VSB #37523
                                           Attorney for Plaintiff
                                           CONSUMER LITIGATION ASSOCIATES, P.C.
                                           763 J. Clyde Morris Blvd., Suite 1-A
                                           Newport News, Virginia 23601
                                           (757) 930-3660 - Telephone
                                           (757) 930-3662 – Facsimile
                                           lenbennett@clalegal.com