IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 4:11-cv-00139-AWA-FBS, Case Name Lee G. Franklin v. Experian Information Solutions Inc., et al
Party Represented by Applicant: Trans Union LLC

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Erik John Grohmann
Bar Identification Number 24036688          State Texas
Firm Name Strasburger & Price LLP
Firm Phone # 469-287-3900          Direct Dial # 469-287-3920          FAX # 469-287-6562
E-Mail Address erik.grohmann@strasburger.com
Office Mailing Address 2801 Network Boulevard, Suite 600, Frisco, TX 75034

Name(s) of federal court(s) in which I have been admitted See Attached

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not [✓] a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature) Grant E. Kronenberg          (Date) 12/18/11
(Typed or Printed Name)          65647 (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

(Judge's Signature)          (Date)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

LEE G. FRANKLIN

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC., BANK OF AMERICA, NATIONAL ASSOCIATION, ARROW FINANCIAL SERVICES, LLC., and AMERICAN EXPRESS,

    Defendants.

Civil No. 4:11-cv-00139-AWA-FBS

## ATTACHMENT TO APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4 FOR ERIK JOHN GROHMANN

**Name(s) of federal court(s) in which I have been admitted:**

| COURT | ADMITTED |
| --- | --- |
| Supreme Court of Texas | 11/06/2002 |
| U.S. District Court - Northern District of Texas | 12/05/2002 |
| U.S. District Court – Eastern District of Texas | 06/06/2005 |
| U.S. District Court – Southern District of Texas | 05/21/2004 |
| U.S. District Court – Western District of Texas | 05/12/2005 |
| U.S. District Court – Northern District of Oklahoma | 04/13/2006 |
| U.S. District Court – Western District of Oklahoma | 11/02/2006 |
| U.S. Court of Appeals for the Fourth Circuit | 09/02/2009 |
| U.S. Court of Appeals for the Tenth Circuit | 05/07/2008 |
| U.S. Court of Appeals for the Fifth Circuit | 10/03/2011 |