# UNITED  STATES  DISTRICT  COURT
# EASTERN  DISTRICT  OF  VIRGINIA
### NORFOLK and NEWPORT NEWS DIVISIONS
### OFFICE OF THE CLERK

## ECF  NOTICE

Date:   January 10, 2012

To:     Leonard A. Bennett, Esquire
        Susan M. Rotkis, Esquire

Re:     Civil Action No. 4:11cv139
        Lee G. Franklin v. Experian Information Solutions, Inc.

     Responsive pleadings have not been filed by defendants **Arrow Financial Services, LLC, and American Express**.  Plaintiff's counsel is requested to file a status report electronically within fifteen (15) days from the date of this notice.  The status report should be in the form of a pleading which conforms to ECF Policies and Procedures.

     Reasonable extensions of time to answer the complaint will be granted, but the party seeking an extension must obtain court approval.  If an extension is requested, counsel should submit an endorsed order.  If a party is in default, counsel should  electronically file a request for entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

                                     FERNANDO GALINDO, Clerk

                                     By:   _____/s/_____
                                            Mary Winstead,  Deputy Clerk