IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

**LEE G. FRANKLIN,**

        **Plaintiff**

v.   CIVIL NO.  4:11cv00139-FBS

**EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC., BANK OF AMERICA,
NATIONAL ASSOCIATION, ARROW FINANCIAL
SERVICES, LLC, and AMERICAN EXPRESS,**

        **Defendants,**

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the Plaintiff, **LEE G. FRANKLIN**, by counsel, pursuant to F.R.C.P. 41(a)(1), and hereby files this Notice of Voluntary Dismissal as to Defendant, *AMERICAN EXPRESS*, as Defendant has not filed or served an Answer or Motion for Summary Judgment in this action.

        **LEE G. FRANKLIN**,

           /s/
        Leonard A. Bennett, Esq.
        VSB #37523
        Attorney for Plaintiff
        CONSUMER LITIGATION ASSOCIATES, P.C.
        763 J. Clyde Morris Blvd, Suite 1-A
        Newport News, Virginia 23601
        (757) 930-3660 - Telephone
        (757) 930-3662 – Facsimile
        lenbennett@clalegal.com

## Certificate of Service

       I hereby certify that on the 13th day of January, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
Email: david.anthony@troutmansanders.com

Erik John Grohmann
Strasburger & Price LLP
2801 Network Blvd
Suite 600
Frisco, TX 75034
Email: erik.grohmann@strasburger.com

Grant Edward Kronenberg
Morris & Morris PC
11 South 12th Street
5th Floor
PO Box 30
Richmond, VA 23218
Email: gkronenberg@morrismorris.com

                                /s/
                        Leonard A. Bennett, Esq.
                        VSB #37523
                        Attorney for Plaintiff
                        CONSUMER LITIGATION ASSOCIATES, P.C.
                        763 J. Clyde Morris Boulevard, Suite 1-A
                        Newport News, Virginia 23601
                        (757) 930-3660 - Telephone
                        (757) 930-3662 – Facsimile
                        lenbennett@clalegal.com