# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Newport News Division

| | |
|---|---|
| LEE G. FRANKLIN,<br><br>　　　*Plaintiff*,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>TRANS UNION, LLC,<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION,<br><br>ARROW FINANCIAL SERVICES, LLC,<br><br>AMERICAN EXPRESS,<br><br>　　　*Defendants*. | Civil Action No. 4:11-cv-139 AWA/FBS |

## DEFENDANT ARROW FINANCIAL SERVICES, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO COMPLAINT

Defendant Arrow Financial Services, LLC ("Arrow Financial"), by counsel, pursuant to Rule 7 of the Local Rules of this Court, respectfully moves the Court for entry of an Agreed Order for an extension of time until January 25, 2012, to file a response to the Complaint filed in this case. The grounds for this Motion are set forth in a Memorandum in Support filed in conjunction with this Motion.

January 17, 2012　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　ARROW FINANCIAL SERVICES, LLC.

　　　　　　　　　　　　　　　　　　　　　By:  /s/ Bryan A. Fratkin
　　　　　　　　　　　　　　　　　　　　　Bryan A. Fratkin (VSB# 38933)

2

        Evan Elizabeth Miller (VSB# 77084)
        McGuireWoods LLP
        One James Center
        901 East Cary Street
        Richmond, Virginia 23219
        Tel: (804) 775-1000
        Fax: (804) 775-1061
        Email: bfratkin@mcguirewoods.com
        Email: emiller@mcguirewoods.com

        *Counsel for Defendant Arrow Financial Services, LLC*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2012, a true copy of the foregoing was filed using the Court's CM/ECF system, which will send electronic notice of such filing to:

| Leonard A. Bennett<br>Susan Mary Rotkis<br>Consumer Litigation Associates, P.C.<br>12515 Warwick Boulevard, Suite 100<br>Newport News, VA 23606<br>(757) 930-3660<br>Fax: (757) 930-3662<br>lenbennett@clalegal.com<br>srotkis@clalegal.com<br>*Counsel for Plaintiff* | David Neal Anthony<br>Troutman Sanders LLP<br>Troutman Sanders Bldg<br>1001 Haxall Point<br>PO Box 1122<br>Richmond, VA 23219<br>804-697-5410<br>Fax: 804-698-5118<br>david.anthony@troutmansanders.com<br>*Counsel for Experian Information Solutions, Inc.* |
|---|---|
| \multicolumn{2}{c}{Erik John Grohmann<br>Strasburger & Price LLP<br>2801 Network Blvd., Suite 600<br>Frisco, TX 75034<br>469-287-3920<br>Fax: 469-227-6562<br>erik.grohmann@strasburger.com<br><br>Grant Edward Kronenberg<br>Morris & Morris PC<br>11 South 12th Street, 5th Floor<br>Richmond, VA 23218<br>804-344-6334<br>Fax: 804-344-8359<br>gkronenberg@morrismorris.com<br>*Counsel for Trans Union, LLC*} | |

/s/
Bryan A. Fratkin