**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Newport News Division

| | |
|---|---|
| LEE G. FRANKLIN,<br><br>    *Plaintiff*,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>TRANS UNION, LLC,<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION,<br><br>ARROW FINANCIAL SERVICES, LLC,<br><br>AMERICAN EXPRESS,<br><br>    *Defendants*. | Civil Action No. 4:11-cv-139 AWA/FBS |

## **DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant Arrow Financial Services, LLC ("Arrow Financial"), by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, files its Corporate Disclosure Statement as follows:

1. Arrow Financial Services, LLC is owned by AFS Holdings LLC, which in turn, is wholly owned by Sallie Mae, Inc., which in turn, is wholly owned by SLM Corp.

2. No publicly traded company owns 10% or more of Arrow Financial's stock.

January 17, 2012                            Respectfully submitted,

                                                      ARROW FINANCIAL SERVICES, LLC.

                                                      By: /s/ Bryan A. Fratkin

Bryan A. Fratkin (VSB# 38933)
Evan Elizabeth Miller (VSB# 77084)
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia  23219
Tel:  (804) 775-1000
Fax:  (804) 775-1061
Email:  bfratkin@mcguirewoods.com
Email:  emiller@mcguirewoods.com

*Counsel for Defendant Arrow Financial Services, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2012, a true copy of the foregoing was filed using the Court's CM/ECF system, which will send electronic notice of such filing to:

| Leonard A. Bennett<br>Susan Mary Rotkis<br>Consumer Litigation Associates, P.C.<br>12515 Warwick Boulevard, Suite 100<br>Newport News, VA 23606<br>(757) 930-3660<br>Fax: (757) 930-3662<br>lenbennett@clalegal.com<br>srotkis@clalegal.com<br>*Counsel for Plaintiff* | David Neal Anthony<br>Troutman Sanders LLP<br>Troutman Sanders Bldg<br>1001 Haxall Point<br>PO Box 1122<br>Richmond, VA 23219<br>804-697-5410<br>Fax: 804-698-5118<br>david.anthony@troutmansanders.com<br>*Counsel for Experian Information Solutions, Inc.* |
|---|---|
| Erik John Grohmann<br>Strasburger & Price LLP<br>2801 Network Blvd., Suite 600<br>Frisco, TX 75034<br>469-287-3920<br>Fax: 469-227-6562<br>erik.grohmann@strasburger.com<br><br>Grant Edward Kronenberg<br>Morris & Morris PC<br>11 South 12th Street, 5th Floor<br>Richmond, VA 23218<br>804-344-6334<br>Fax: 804-344-8359<br>gkronenberg@morrismorris.com<br>*Counsel for Trans Union, LLC* ||

/s/_____
Bryan A. Fratkin