IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| LEE G. FRANKLIN,<br><br>　　　*Plaintiff*,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>TRANS UNION, LLC,<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION,<br><br>ARROW FINANCIAL SERVICES, LLC,<br><br>AMERICAN EXPRESS,<br><br>　　　*Defendants*. | Civil Action No. 4:11-cv-139 AWA/FBS |

## NOTICE OF APPEARANCE

　　Evan Elizabeth Miller, of McGuireWoods LLP, One James Center, 901 East Cary Street, Richmond, Virginia 23219, notifies the Court and all counsel of her appearance as counsel for Arrow Financial Services, LLC.

January 17, 2012　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　ARROW FINANCIAL SERVICES, LLC.

　　　　　　　　　　　　　　　　　　　　By:　/s/ Evan Elizabeth Miller
　　　　　　　　　　　　　　　　　　　　Bryan A. Fratkin (VSB# 38933)
　　　　　　　　　　　　　　　　　　　　Evan Elizabeth Miller (VSB# 77084)
　　　　　　　　　　　　　　　　　　　　McGuireWoods LLP
　　　　　　　　　　　　　　　　　　　　One James Center
　　　　　　　　　　　　　　　　　　　　901 East Cary Street
　　　　　　　　　　　　　　　　　　　　Richmond, Virginia  23219

Tel: (804) 775-1000
Fax: (804) 775-1061
Email: bfratkin@mcguirewoods.com
Email: emiller@mcguirewoods.com

*Counsel for Defendant Arrow Financial Services, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2012, a true copy of the foregoing was filed using the Court's CM/ECF system, which will send electronic notice of such filing to:

| | |
|---|---|
| Leonard A. Bennett<br>Susan Mary Rotkis<br>Consumer Litigation Associates, P.C.<br>12515 Warwick Boulevard, Suite 100<br>Newport News, VA 23606<br>(757) 930-3660<br>Fax: (757) 930-3662<br>lenbennett@clalegal.com<br>srotkis@clalegal.com<br>*Counsel for Plaintiff* | David Neal Anthony<br>Troutman Sanders LLP<br>Troutman Sanders Bldg<br>1001 Haxall Point<br>PO Box 1122<br>Richmond, VA 23219<br>804-697-5410<br>Fax: 804-698-5118<br>david.anthony@troutmansanders.com<br>*Counsel for Experian Information Solutions, Inc.* |
| Erik John Grohmann<br>Strasburger & Price LLP<br>2801 Network Blvd., Suite 600<br>Frisco, TX 75034<br>469-287-3920<br>Fax: 469-227-6562<br>erik.grohmann@strasburger.com<br><br>Grant Edward Kronenberg<br>Morris & Morris PC<br>11 South 12th Street, 5th Floor<br>Richmond, VA 23218<br>804-344-6334<br>Fax: 804-344-8359<br>gkronenberg@morrismorris.com<br>*Counsel for Trans Union, LLC* | |

/s/_____
Evan Elizabeth Miller