

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

LEE G. FRANKLIN,

    Plaintiff,

v.                            Case No.: 4:11cv139

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

    Defendants.

## ORDER

Before the Court is Defendant Arrow Financial Services, LLC's ("Arrow Financial") Motion for Extension of Time to File a Response to Complaint, which it filed on January 17, 2012. ECF No. 23. Arrow Financial's motion is unopposed.

Arrow Financial received service of process in this matter on November 23, 2011. Arrow Financial alleges that Plaintiff agreed to extend the time to file responsive pleadings to January 25, 2012.[1] ECF No. 24. Arrow Financial filed an Answer on January 25, 2012.

Having demonstrated excusable neglect, this Court GRANTS Arrow Financial's motion and DEEMS Arrow Financial's Answer timely filed. The Clerk is directed to take appropriate action pursuant to this Order.

---

[1] The Court notes that only the Court may grant filing extensions. See Fed R. Civ. P. 6(b); Local Civ. R. 7(H), (I).

IT IS SO ORDERED

/s/ Bradberry Stillman
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia

February 6, 2012