**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Newport News Division

**LEE G. FRANKLIN,**

    **Plaintiff,**

v.                                    Civil Action No. 4:11cv139

**EXPERIAN INFORMATION**
  **SOLUTIONS, INC.,** *et al.***,**

    **Defendants.**

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of David M. Gettings on behalf of Defendant Experian Information Solutions, Inc. as co-counsel herein for all purposes in this matter.

                                      **EXPERIAN INFORMATION SOLUTIONS, INC.**

                                      By:   /s/David M. Gettings
                                          David M. Gettings
                                          Virginia State Bar No. 80394
                                          *Counsel for Experian Information Solutions, Inc.*
                                          TROUTMAN SANDERS LLP
                                          222 Central Park Ave., Suite 2000
                                          Virginia Beach, VA  23462
                                          (757) 687-7747 (telephone)
                                          (757) 687-1545 (facsimile)
                                          Email: david.gettings@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2012, I filed a true and correct copy of the foregoing through the Electronic Filing System, which will send a notice of electronic filing to:

Leonard A. Bennett
Susan M. Rotkis
Consumer Litigation Associates, P.C.
763 J Clyde Morris Boulevard. Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: 757-930-3662
Email: lenbennett@clalegal.com
Email: srotkis@clalegal.com
*Attorney for Plaintiff*

Erik John Grohmann
Strasburger & Price LLP
2801 Network Blvd., Suite 600
Frisco, TX 75034
Telephone: 469-287-3920
Facsimile: 469-227-6562
Email: erik.grohmann@strasburger.com
*Attorney for Trans Union LLC*

Evan Elizabeth Miller
McGuireWoods LLP
One James Center
901 East Cary St.
Richmond, VA 23219
Telephone: 804-775-1806
Facsimile: 804-698-2131
Email: emiller@mcguirewoods.com
*Attorney for Arrow Financial Services, LLC*

Grant Edward Kronenberg
Morris & Morris PC
11 South 12th Street, 5th Floor
PO Box 30
Richmond, VA 23218
Telephone: 804-344-6334
Facsimile: 804-344-8359
Email: gkronenberg@morrismorris.com
*Attorney for Trans Union LLC*

Bryan Alan Fratkin
McGuireWoods LLP
901 E Cary St.
Richmond, VA 23219-4030
Telephone: 804-775-4352
Facsimile: 804-698-2100
Email: bfratkin@mcguirewoods.com
*Attorney for Arrow Financial Services, LLC*

/s/David M. Gettings
David M. Gettings
Virginia State Bar No. 80394
*Counsel for Experian Information Solutions, Inc.*
TROUTMAN SANDERS LLP
222 Central Park Ave., Suite 2000
Virginia Beach, VA  23462
(757) 687-7747 (telephone)
(757) 687-1545 (facsimile)
Email: david.gettings@troutmansanders.com