

FILED

JUN 1 2 2012

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

**LEE G. FRANKLIN,**

      **Plaintiff**

v.                                                          **CIVIL NO. 4:11-cv-00139-AWA-FBS**

**EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC, and ARROW FINANCIAL
SERVICES, LLC.,**

      **Defendants,**

## DISMISSAL ORDER

THIS DAY CAME the Plaintiff, **LEE G. FRANKLIN**, and the Defendant **TRANS UNION, LLC**, by counsel, and Defendant, **ARROW FINANCIAL SERVICES, LLC.**, by counsel, and hereby moves the Court to dismiss with prejudice all claims *only against Defendants*, *TRANS UNION, LLC. and ARROW FINANCIAL SERVICES, LLC.*, in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is ORDERED, ADJUDGED, and DECREED that the Complaint *only as to Defendants, TRANS UNION, LLC. and ARROW FINANCIAL SERVICES., LLC.*, is hereby DISMISSED with prejudice.

Let the Clerk of the Court send copies of this Order to all counsel of record.

Entered this 1 day of June, 2012.

_____
JUDGE

WE ASK FOR THIS:

_____
Leonard A. Bennett, Esquire
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: lenbennett@clalegal.com

    *Counsel for Plaintiffs*

_____
Grant Edward Kronenberg
Morris & Morris, PC
11 South 12th Street
5th Floor
P.O. Box 30
Richmond, VA 23218
E-mail: gkronenberg@morrismorris.com

    *Counsel for Trans Union, LLC.*

_____
Evan Elizabeth Miller
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, VA 23219
E-mail: emiller@mcguirewoods.com

*Counsel for Arrow Financial Services, LLC.*

_____

David Neal Anthony, VSB No. 31696
Troutman Sanders, LLP
Troutman Sanders Bldg.
1001 Haxall Point
Richmond, VA 23219
E-mail: david.anthony@troutmansanders.com

*Counsel for Experian Information Solutions, Inc.*