IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

**LEE G. FRANKLIN,**

       **Plaintiff**

v.                                         **CIVIL NO. 4:11-cv-00139-AWA-FBS**

**EXPERIAN INFORMATION SOLUTIONS, INC.,**
**TRANS UNION, LLC, and ARROW FINANCIAL**
**SERVICES, LLC.,**

       **Defendants,**

## NOTICE OF SETTLEMENT

Plaintiff, by counsel, hereby notifies this Honorable Court that he has settled his claims against remaining Defendant, ***EXPERIAN INFORMATION SOLUTIONS, INC.,*** and that a Dismissal Order will be tendered to the Court for entry after such time as the Defendant has complied with any obligations it may have pursuant to the agreement.

                                    Respectfully submitted,

                                    **LEE G. FRANKLIN,**

                                    _____/s/_____
                                    Leonard A. Bennett, Esq.
                                    VSB #37523
                                    Attorney for Plaintiff
                                    CONSUMER LITIGATION ASSOCIATES, P.C.
                                    763 J. Clyde Morris Boulevard, Suite 1-A
                                    Newport News, Virginia 23601
                                    (757) 930-3660 - Telephone
                                    (757) 930-3662 – Facsimile
                                    lenbennett@cox.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David Neal Anthony.
Troutman Sanders, LLP
1001 Haxall Point
P.O. Box 1122
Richmond, VA  23219
E-mail: david.anthony@troutmansanders.com


                                                                       _____/s/_____
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net